In the Matter of the Liquidation of LAWYERS MORTGAGE COMPANY. In the Matter of the Application of JACOB L. HOLTZMANN, Appellant, Respondent, for an Allowance for Services Rendered by Him as Attorney and Special Counsel for THE MORTGAGE COMMISSION OF THE STATE OF NEW YORK. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LAWYERS MORTGAGE COMPANY, Respondent, Appellant; REORGANIZATION MANAGERS OF LAWYERS MORTGAGE COMPANY, Respondent. (Cross-Appeals.) — Order entered on October 9, 1941, so far as appealed from, modified by increasing the allowance to Jacob L. Holtzmann to the sum of $17,500; and as so modified affirmed, with twenty dollars costs and disbursements to said appellant, respondent. Order entered on July 8, 1941, as resettled by an order entered on October 18, 1941, unanimously affirmed. No opinion. Present — O'Malley, Townley, Dore and Cohn, JJ.; Dore, J., dissents and votes to affirm.

BEN LACOVE, Respondent, v. IMPERIAL PEARL SYNDICATE, INC., (a Foreign Corporation), Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of FLORENCE M. RAFTERY and Five Others, as Set Forth in the Petition, Petitioners, Respondents, for an Order under Article 78 of the Civil Practice Act against FIORELLO H. LAGUARDIA and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WILLIAM RESNICK, as a Stockholder of HEARN DEPARTMENT STORES, INC., Suing on Behalf of Himself and All Other Stockholders of HEARN DEPARTMENT STORES, INC., Similarly Situated and in the Right of HEARN DEPARTMENT STORES, INC., Respondent, v. HEARN DEPARTMENT STORES, INC., and Others, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MYRON GRAY, Respondent, v. RADIO WIRE TELEVISION, INC., OF NEW YORK and ABRAHAM PLETMAN, Appellants, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondent against the appellant Abraham Pletman. Verified bill of particulars to be served within fifteen days after service of a copy of order with notice of entry thereof. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOHN J. PLOCAR, Respondent, v. GEORGE S. MAY, Doing Business as GEORGE S. MAY COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of SADIE WEBER, Petitioner, Appellant, for an Injunction Order Pursuant to Sections 123–124 of the Alcoholic Beverage Control Law, against THEODORE P. CHRISAMALIS and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [177 Misc. 772.]